UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| TERRY W. HUSPON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v.     ) <br> ) <br> PAUL A. TALBOT, ) <br> ) <br> Defendant. ) | No. 2:19-cv-00028-JPH-DLP |

**FINAL JUDGMENT**

The Court having this day made its Entry directing the entry of final judgment, the Court now enters FINAL JUDGMENT.

Judgment is entered in favor of the defendant and against the plaintiff. The plaintiff shall take nothing by his complaint and this action is dismissed.

Date: 11/25/2020

Roger A.G. Sharpe, Clerk
United States District Court

_Pam Pope_
By: Deputy Clerk

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

TERRY W. HUSPON
882533
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Inmate Mail/Parcels
4490 West Reformatory Road
PENDLETON, IN 46064

All Electronically Registered Counsel